478 A.2d 86

Sawin v. Sawin, Appellant.

Argued March 27, 1984.   Arthur L. Jenkins, Jr., for appellant;  Robert I. Whitelaw, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order of the learned Chester County Common Pleas Court Judge Lawrence E. Wood is affirmed.